1422

## MOTION DOCKET

**01–1035.   Columbus Metro. Hous. Auth. v. Flowers.**
Franklin App. No. 00AP–833. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. On June 7, 2001, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, *sua sponte*, that appellant show cause within ten days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**01–1046.   Citizens for Choice v. Summit Cty. Council.**
Summit App. No. 20117. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. On June 7, 2001, appellants filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellants have neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, *sua sponte*, that appellants show cause within ten days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**01–1165.   Frenchtown Square Partnership v. Lemstone.**
Mahoning App. No. 99CA300. This cause is pending before the court as a discretionary appeal. On June 25, 2001, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, *sua sponte*, that appellant show cause within ten days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**01–1649.   State ex rel. Vickers v. Summit Cty. Council.**
Summit App. No. 20724. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of appellants' motion for stay of execution without bond of court of appeals' judgment and appellants' motion to expedite appeal and briefing schedule,

IT IS ORDERED by the court that the motions be, and hereby are, denied.

PFEIFER, J., dissents in part because he would grant the motion to expedite.

COOK, J., not participating.